

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-13-00837-CR; 04-14-00121-CR & 04-14-00122-CR

Dorin James **WALKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8371B; 2012CR8370B & 2012CR8372B
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellants Motion for Rehearing and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court